JANUARY 31, 1966.

No. 18, Original. ILLINOIS *v.* MISSOURI. The amended complaint is filed and the State of Missouri is allotted 60 days to answer the complaint, as amended. *William G. Clark,* Attorney General of Illinois, *Richard A. Michael,* Assistant Attorney General, and *Terence F. MacCarthy,* Special Assistant Attorney General, for plaintiff. [For earlier orders herein, see 379 U. S. 952; 380 U. S. 901, 969; *ante,* p. 803.]

No. 1023, Misc. JAMES *v.* CALIFORNIA; and
No. 1040, Misc. LISHEY *v.* WILSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1050, Misc. GORHAM *v.* FITZHARRIS, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 984, Misc. HERB *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 1044, Misc. MORRISON *v.* DAVIS, CLERK OF THE UNITED STATES SUPREME COURT. Motion for leave to file petition for writ of mandamus denied.